IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02605-KAS

FLORES LIAMAS,

Plaintiff,

v.

VELOCITY READY MIX LLC, ET AL.,

Defendants.

## JUDGMENT

In accordance with the Order [#67] entered on July 11, 2024, by Magistrate Judge Kathryn A. Starnella, which is incorporated herein by reference as if fully set forth, it is

ORDERED that the Order to Show Cause [#64] is MADE ABSOLUTE. It is

FURTHER ORDERED that Plaintiff's claims are DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute and for failure to comply with the Court's orders, including the Order to Show Cause [#64].

IT IS FURTHER ORDERED that the Clerk of Court shall close this case.

DATED: July 12, 2024.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK:
By:   *s/L. Galera*

Deputy Clerk

Case No. 1:22-cv-02605-KAS    Document 68    filed 07/12/24    USDC Colorado    pg 2 of 2